**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THOMAS HANDY,

        Plaintiff,

v.                            Case No:   6:21-cv-1108-RBD-LHP

UNITED STATES OF AMERICA,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **UNOPPOSED MOTION TO COMPEL**  **(Doc. No. 52)**
>
> **FILED:**     **February 28, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant moves to compel Plaintiff to provide documents responsive to Request for Production 20, to produce materials responsive to a deposition duces tecum, to provide an amended answer to Interrogatory 10, and to verify all interrogatory answers previously provided. Doc. No. 52. According to the motion, Plaintiff does not oppose, if given two weeks for compliance. *Id.* at 3–4.

Nor has Plaintiff filed a timely response opposing the motion.  *See* Doc. No. 37 ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion).   Accordingly, the Court deems Defendant's motion to be unopposed in all respects.  *See id.* (stating that failure to file a timely response *will* result in the discovery motion being deemed unopposed).  *See also Westchester Surplus Lines Ins. Co. v. Paramount Disaster Recovery, LLC*, No. 6:18-cv-1738-Orl-37DCI, 2019 WL 5294804, at *1 (M.D. Fla. Apr. 19, 2019) ("The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion."); *Bercini v. City of Orlando*, No. 6:15-cv-1921-Orl-41TBS, 2016 WL 11448993, at *2 (M.D. Fla. Sept. 28, 2016) (granting in full unopposed motion to compel); *Daisy, Inc. v. Pollo Operations, Inc.*, No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May 14, 2015) (when defendant did not respond court could consider motion to compel unopposed).

Upon review, the Court finds the unopposed motion well taken. Accordingly, it is **ORDERED** as follows:

1.     Within **fourteen (14) days** of the date of this Order, Plaintiff shall produce to Defendant all documents within his current possession, custody, or control responsive to Request for Production 20.  *See* Doc. No. 52-1, at 6.

2.     Within **fourteen (14) days** of the date of this Order, Plaintiff shall produce to Defendant all documents in his current possession, custody, or

control responsive to the requests made in the Notice of Taking Deposition Duces Tecum.   *See* Doc. No. 52-3.

3.        Within **fourteen (14) days** of the date of this Order, Plaintiff shall serve on Defendant an amended answer to Interrogatory 10, as well as verify all Interrogatory responses.   *See* Doc. No. 52-5.

4.        All objections to the discovery at issue have been waived by the failure to timely respond to the motion to compel.   *See, e.g., Jackson v. Geometrica, Inc.*, No. 3:04-cv-640-J-20HTS, 2006 WL 213860, at *1 (M.D. Fla. Jan. 27, 2006) (objections not addressed in response to a motion to compel are deemed abandoned); *Bercini*, 2016 WL 11448993, at *2 (same); *LIMU Co., LLC v. Burling*, No. 6:12-cv-347-Orl-TBS, 2013 WL 1482760, at *1 (M.D. Fla. April 11, 2013) (same).

5.        **Failure to comply with this Order may result in sanctions.   *See* Fed. R. Civ. P. 37(b)**.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2023.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 4 -

Unrepresented Parties

- 4 -